IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEREK ALBERTSON** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 5:21-cv-5371 |
| | : | |
| v. | : | |
| | : | |
| **INTELLIGENT HARDWARE INC** d/b/a iSIGN *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## JOINT MOTION FOR APPROVAL OF
## FAIR LABOR STANDARDS ACT SETTLEMENT

Plaintiffs Derek Albertson, Chad Molnar, Bryant Wright, Kavon Cotton, Michael Lutchkus, Trenis Cotton, Jarrod Jones, Patrick Ebright, Robert Nicgorski, Alante Jones, and Kurt Bullock, joined by Defendants Intelligent Hardware, Inc. d/b/a iSIGN, Sam Morgan, and Dina Morgan, for the reasons stated in the accompanying Memorandum of Law in Support of Joint Motion for Approval of Fair Labor Standards Act Settlement, respectfully request that the Court:

1. Approve the Parties' Settlement Agreement as a fair, reasonable, and adequate settlement under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*;

2. Approve Plaintiffs' request for attorneys' fees and costs in the amount of $152,500.00; and

3. Dismiss with prejudice the claims of Plaintiffs, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

Date: December 23, 2022    Respectfully submitted,

**GOODLEY MCCARTHY LLC**

By:    /s/ Ryan P. McCarthy
RYAN P. McCARTHY (323125)
JAMES E. GOODLEY (315331)
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 394-0541
ryan@gmlaborlaw.com
james@gmlaborlaw.com

*Attorneys for Plaintiffs*