UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEREK ALBERTSON; KURT BULLOCK; CHAD MOLNAR; MICHAEL LUTCHKUS; ALANTE JONES; ROBERT NICGORSKI; TRENIS COTTON; BRYANT WRIGHT; PATRICK EBRIGHT; KAVON COTTON; and JARROD JONES;<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>INTELLIGENT HARDWARE INC, *d/b/a* iSIGN; SAM MORGAN; and DINA MORGAN;<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:　No.　5:21-cv-5371<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW,** this 27th day of December, 2022, upon consideration and review of the Joint Motion for Approval of the Fair Labor Standards Act Settlement, to which the Settlement Agreement is attached, *see* ECF No. 43; for the reasons set forth therein; and having found that the terms of the settlement are a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act ("FLSA"), *see* 29 U.S.C. § 216,[1] **IT IS HEREBY ORDERED THAT**:

---

[1] Claims under the FLSA can be settled in two ways: (1) with the Secretary of Labor supervising the payment of unpaid minimum wages or unpaid overtime compensation pursuant to 29 U.S.C. § 216(c); or (2) with the district court's approval of a settlement under 29 U.S.C. § 216(b). "The Third Circuit has not articulated a standard for analyzing FLSA settlements, but District courts routinely look to the *Lynn's Food Stores* standard when a party seeks judicial approval of an FLSA settlement." *Hunter v. M-B Cos.*, No. 19-cv-04838, 2020 U.S. Dist. LEXIS 127037, at *4 (E.D. Pa. July 20, 2020) (citing *Lynn's Food Stores Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982)). Under this standard, a district court must determine that: (1) the settlement resolves a bona fide dispute over FLSA provisions; (2) the settlement is fair and reasonable to the Plaintiff-employee; and (3) the settlement does not frustrate implementation of the FLSA in the workplace. *See id.*; *Gabrielyan v. S.O. Rose Apartments LLC*, No. 15-cv-1771, 2015 U.S. Dist. LEXIS 135615, at *2-4 (D.N.J. Oct. 5, 2015).

1. The Joint Motion for Approval of the Fair Labor Standards Act Settlement, ECF No. 43, is **GRANTED**.

2. The FLSA Settlement Agreement is incorporated herein and is **APPROVED.**

3. The above-captioned action is **DISMISSED**.

4. Attorney fees and costs of Plaintiffs' Counsel, Goodley McCarthy LLC, are approved in an amount of $152,500.00.

5. The case is **CLOSED**.

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*_____
                JOSEPH F. LEESON, JR.
                United States District Judge